Philip Wayne FITE, Plaintiff-Appellant,

v.

RETAIL CREDIT COMPANY,
Defendant-Appellee.

No. 75–1473.

United States Court of Appeals,
Ninth Circuit.

July 14, 1976.

Chris J. Nelson, Billings, Mont., for plaintiff-appellant.

George C. Dalthorp, of Crowley, Kilbourne, Haughey, Hanson & Gallagher, Billings, Mont., for defendant-appellee.

ORDER OF AFFIRMANCE

Before CHAMBERS, TUTTLE,* and KILKENNY, Circuit Judges.

The summary judgment in favor of defendant-appellee is affirmed.

The issues are adequately covered in *Fite v. Retail Credit Co.,* 386 F.Supp. 1045 (D.Mont., 1975).

---

* The Honorable Elbert P. Tuttle, Senior Judge of the United States Court of Appeals for the Fifth Circuit, sitting by designation.

PEOPLE OF the STATE OF CALIFORNIA on the relation of the AIR POLLUTION CONTROL OFFICER, COUNTY OF LOS ANGELES, Plaintiff-Appellant,

v.

Captain C. E. STASTNY, Commanding Officer of the Long Beach Naval Station, et al., Defendants-Appellees.

No. 72–2905.

United States Court of Appeals,
Ninth Circuit.

July 15, 1976.

Melissa A. Taubman, Deputy County Counsel (argued), Los Angeles, Cal., for plaintiff-appellant.

Jaques B. Gelin, Atty. (argued), Dept. of Justice, Washington, D. C., and Jan Chatten, Deputy Atty. Gen. (argued), Los Angeles, Cal., for defendants-appellees.

OPINION

Before WALLACE and SNEED, Circuit Judges, and EAST, District Judge.*

PER CURIAM:

The disposition of the above appeal was withdrawn from submission and deferred pending the disposition of two cases pending in the Supreme Court of the United States. Those cases have now been decided and are entitled *Hancock v. Train,* —— U.S. ——, 96 S.Ct. 2006, 48 L.Ed.2d 555 (1976); and *Seeber v. Alabama,* —— U.S. ——, 96 S.Ct. 2643, 48 L.Ed.2d 384 (1976). It is, therefore, now ordered that the above appeal be submitted for disposition.

Upon the authority of the Supreme Court's decision in *Hancock,* the judgment of the District Court is affirmed.

AFFIRMED.

---

* Honorable William G. East, Senior United States District Judge for the District of Oregon, sitting by designation.